FILED'09 NOV 05 14:37USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR 09-30038-PA |
| ) | |
| v. ) | |
| ) | |
| FELIPE PINEDA-HERNANDEZ, ) | ORDER SUPPRESSING |
| ) | EVIDENCE |
| Defendant. ) | |

The following evidence is suppressed:

1. All evidence seized on August 10, 2009, during warrant-less search of Mr. Pineda-Hernandez's residence located at 3399 Hillcrest Road, Medford, in the District of Oregon.

2. All observations made by any government agent during the search of his residence.

3. All statements made by defendant during and after the search of his residence on August 10, 2009, and all statements made by him before and after his arrest that day.

IT IS SO ORDERED.

DATED this 5 day of November, 2009.

OWEN M. PANNER
U.S. District Judge

24